# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**PAULA DEES**<br>a/k/a Paula Ann Dees | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Supervised Release)<br><br>CASE NUMBER:  **1:05-CR-00251-002**<br>USM NUMBER: **09216-003** |
| **THE DEFENDANT:** | Peter J. Madden, Esquire<br>**Defendant's Attorney** |

( )     admitted guilt to violation of supervision conditions: _____

(X)     was found in violation of supervision conditions: Two Special Conditions, 2,3,6,7,8,9 as set out in the amended petition dated 10/22/09.

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Two Special Conditions | Technical | |
| 2 | Technical | |
| 3 | Technical | |
| 6 | Technical | |
| 7 | Technical | |
| 8 | Technical | |
| 9 | Technical | |

The defendant is sentenced as provided in pages 2 through **2** of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )     The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| **Defendant's Social Security No.:** 5745 | November 9, 2009<br>Date of Imposition of Judgment |
| **Defendant's Date of Birth:** 1964 | |
| **Defendant's Residence Address:**<br>Mobile, AL | /s/ Callie V. S. Granade<br>CHIEF UNITED STATES DISTRICT JUDGE |
| **Defendant's Mailing Address:** | November 16, 2009<br>Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **PAULA DEES, a/k/a Paula Ann Dees**
Case Number: **1:05-CR-00251-002**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  ELEVEN (11) MONTHS  .

(X)   The court makes the following recommendations to the Bureau of Prisons: **That the defendant be placed at a half-way house prior to completion of the custody sentence.**

(X)   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:

  ( )   at __ .m. on ___.
  ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ( )   before 2 p.m. on ____.
  ( )   as notified by the United States Marshal.
  ( )   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

                                                                  UNITED STATES MARSHAL

By: _____
                                                                      Deputy U.S. Marshal